# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX VASQUEZ PERALTA,<br>Petitioner,<br>v.<br>WARDEN RAYMOND MADDEN,<br>Respondent. | Case No. CV 17-07983 JLS (RAO)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: August 13, 2018

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE